IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Arthur J. Anderson Jr., | ) Civil Action No. 1:10-0996-RMG | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Darlene Drew, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Motion for Extension of Time. Good cause being shown, it is hereby:

**ORDERED** that the Defendant's motion is granted; and the deadline for her to file her answer or other pleading is set for August 6, 2012.

**IT IS SO ORDERED.**

Dated: July 26, 2012
Charleston, South Carolina

Honorable Richard M. Gergel
United States District Judge